UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO DAVID GUERRERO BARRIOS, | No. 1:26-cv-02318-DAD-CSK (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF *HABEAS CORPUS*, AND DENYING MOTION TO DISMISS |
| WARDEN, MESA VERDE DETENTION FACILITY, | |
| Respondent. | (Doc. Nos. 1, 7, 10) |

Petitioner Pedro David Guerrero Barrios, A-File No. 245-447-994, is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 22, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of *habeas corpus* (Doc. No. 1) be granted. (Doc. No. 10.) Specifically, the assigned magistrate judge found that petitioner's detention is governed by 8 U.S.C. § 1226(a) and the circumstances surrounding petitioner's re-detention violated his Fifth Amendment right to due process. (*Id.* at 3–10.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 12.) On April 22, 2026, respondent

1

filed objections, arguing that the findings and recommendations should be denied for the reasons outlined in their motion to dismiss the petition for writ of *habeas corpus*.  (Doc. No. 11 at 1.) This objection does not serve as a basis to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations (Doc. No. 10) are ADOPTED IN FULL;

2. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as follows:

   a. Respondent is ORDERED to immediately release petitioner Pedro David Guerrero Barrios, A-File No. 245-447-994, from respondent's custody; and

   b. Respondent is ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without notice and a hearing before an immigration judge where respondent will have the burden of establishing that petitioner is a danger or flight risk by clear and convincing evidence.

3. Respondents' motion to dismiss (Doc. No. 7) is DENIED;

4. The Clerk of the Court is directed to serve the Mesa Verde Detention Center with a copy of this order; and

5. The Clerk of the Court is also DIRECTED to enter judgment in favor of petitioner and to CLOSE this case.

IT IS SO ORDERED.

Dated:   **May 8, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2